# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3474
LT Case No. 2020-CF-1997-A

_____

WILLIAM G. JOHNSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Peter M. Brigham, Judge.

William G. Johnson, Madison, pro se.

No Appearance for Appellee.

May 7, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____